ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

JAN 27 '16  1:30PM
U.S. MARSHALS SERVICE

**UNDER SEAL**

FILED 3 FEB '16 14:18USDC-ORP

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| JON RITZHEIMER | ) | Case No. | '16-MJ-0432 |
| | ) | | |
| Defendant | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jon Ritzheimer ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Impede Officers of the United States from discharging their official duties through the use of force, intimidation, or threats, in violation of Title 18, United States Code, Section 372.

DATE ARRESTED BY 1/26/16 FBI, Arizona

Date: Jan. 26, 2016

City and state: Portland, OR

*Issuing officer's signature*

Hon. F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*