| PROB 22 (Rev. 2/88) | ☒ FILED ___ LODGED ___ RECEIVED ___ COPY OCT 1 5 2018 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY | DOCKET NO. (Trans Court) 3:16CR00051-002-BR |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NO. (Rec. Court) CR-18-50192-PHX-DLR |
| NAME OF PROBATIONER/SUPERVISED RELEASEE JON RITZHEIMER | DISTRICT Oregon | DIVISION Criminal |
| | NAME OF SENTENCING JUDGE The Honorable Anna J. Brown | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/4/18 — TO 10/3/21 |

| OFFENSE |
|---|
| Conspiracy to Impede Officers of the United States; 18 U.S.C. § 372 |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/24/2018
Effective Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-12-18
Effective Date

*[signature]*
United States District Judge

Transfer of Jurisdiction (Prob 22-OR) 10/2011